IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM and LINDA DALLAS, husband and wife, THE DALLAS LIVING TRUST, and WILLIAM DALLAS, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,<br><br>Defendant. | CV 20–48–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 25.) Accordingly,

IT IS ORDERED that the above-captioned case is DISMISSED with prejudice, each party to pay their own fees and costs.

DATED this 28th day of May, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1